

The following constitutes the order of the court.
Signed May 31, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Joseph and Crystal Nelson,<br><br>           Debtors.<br>_____<br>Robert and Joan Ripley,<br><br>           Plaintiffs,<br>    v.<br><br>Joseph and Crystal Nelson,<br><br>           Defendants. | Case No. 17-40002<br>Chapter 7<br><br>Adv. Pro. No. 17-04021 |

## MEMORANDUM REGARDING ADVERSARY COMPLAINT

On March 24, 2017, Plaintiffs filed the above-captioned adversary case. The Court notes that it does not appear that summons were properly served on Defendants. A hearing was held in this case on May 31, 2017 at which neither Plaintiffs nor Defendants appeared.

The Court continued the hearing until **July 26, 2017 at 10:30 a.m.** At that hearing, Plaintiffs may appear by telephone. However, if they do not appear either in person or on the phone, the case will be dismissed for lack of prosecution.

*END OF MEMORANDUM*

## Court Service List

**Robert Jay Ripley**
702 N 225 W
Layton, UT 84041

**Joan Ripley**
702 N 225 W
Layton, UT 84041

**Joseph Alan Nelson**
116 Macedon Court
San Ramon, CA 94582

**Crystal Anne Nelson**
116 Macedon Court
San Ramon, CA 94582